**E-FILED**
Monday, 06 March, 2006  02:03:58 PM
Clerk, U.S. District Court, ILCD

10:00

RECEIVED
MAR - 6 2006
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States District Court
Central District of Illinois
Peoria, Illinois

Linda Caldwell, Pro se plaintiff

   v.

Lt. Donald Johnson
Lt. James Woodward
Lt. Bradley Orban
Maj. Tamela Quinley
Warden Alyssa B. Williams
Beck Brand
Melody J. Ford
John Doe

Individual and Official Capacity

Civil Action No. 06-1057

Jury Trial Demanded.

Seeking Declaratory,
Punitive and Compensatory
Judgment.

**SCANNED**
DATE: 3/6 BY: CC

## Complaint

Comes now plaintiff, pro se, and status and alleges as follows:

### Jurisdiction and Venue

1. Pursuant to 28 USCA Section 1331, this court has jurisdiction over this 42 USCA Section 1983 complaint alleging a violation of plaintiff's rights under the Eighth and Fourteenth Amendments to the U.S. Constitution.

2. Venue is proper in this court pursuant to 28 USCA Section 1391.

3. Exhaustion of remedy occurred at the Administrative Review Board hearing on February 2, 2005 held by Melody J. Ford.

4. At all relevant times herein, defendants were "persons" for purposes of 42 USCA Section 1983, and acted under color of law to deprive the plaintiff of plaintiff's Constitutional rights, as set forth more fully below.

### Factual Allegations

5. On March 5, 2004 at approximately 5:45 p.m. Lt. Don Johnson utilized pepper spray on the plaintiff through her cell door slot three to four times.

6. After the last burst of spray Lt. Milton Luster appeared on the scene and secured me, bring me out to the holding cell in the dayroom area.

7. Nurse Jari Einfeldt visually examined me. Noting the chemical agent on my feet, arms, and uniform Rn Einfeldt instructed staff to shower me.

8. Lt. Luster stated he had to go. I asked him to please stay until I was showered and secured in my cell.

9. Lt. Luster said he could not step on Johnson's toes because it was John-



son's unit. Lt. Luster was assigned supervisor at C-12.

10. Two times before Rn Einfeldt left the unit she ordered the supervisor (Johnson) to shower me because of the chemical agent on my skin.

11. Lt. Johnson had the officer Shelton escort me to South #6.

12. I was placed in a nasty cell with dirty sanitary napkins, used toilet paper and a broken outside window.

13. The room was ice cold, not to mention I was not given any of my property, including bedding. I was in a strip cell.

14. I was not showered nor was I fed.

15. Lt. Johnson and officer James McCarthy came down the hall mocking me by their snide remarks and laughter.

16. I was huddled next to ther heater trying to stay warm.

17. Lt. Orban called to me, I was too upset, I just could not find any words.

18. I figured he was just going to open the door and come in and talk to me as he had done in the past many times.

19. Next I heard Lt. Woodard outside the door yelling, "This is the first direct order to cuff up."

20. All the women on the wing begin yelling "cuff up, Ms. Linda" and they were yelling at the lieutenants "She hasn't done anything wrong."

21. When Woodard gave his second direct order I was at the door and looking through the slot to the shield that was up.

22. After the second direct order the shield was lowered and Woodard sprayed me in the face directly with pepper spray.

23. I ran to the sink to put water on my face with toilet tissue.

24. He (Woodard) yelled again for me to come back to the door to be handcuffed.



25 Lt. Woodard sprayed me in the face without cause and intentionally, for malicious and sadistic purposes.

26. I was removed from the cell and taken to the dayroom where I was placed in a holding cell handcuffed to the bars.

27. The nurse showed up and had to wait ten to fifteen minutes for an officer to come out of the panel area to assist her with me.

28. She had Lt. Orban move me to the shower cell so she could flush my eyes which were burning badly.

29. The nurse flushed my eyes and cleaned my glasses with the same solution, then she placed them on my face.

30. She instructed Lt. Orban to shower me.

31. Lt. Orban was familiar with the Illinois Administrative Code regarding the use of Chemical Agents (oleocapsicum) and proper procedure.

32. Lt. Orban responded to the nurse "No, she won't be showering. She can throw water on her face in the cell."

33. I knew Orban was totally disregarding medical instructions given by the nurse for the purpose to cause harm and for punitive reasons.

34. At this time Lt. Woodard and Major Quinley failed to act, failing to use reasonable care and follow medical orders.

35. I was left standing in that shower cell handcuffed for an hour with my face, chest, arms and feet burning as a means of psychological distress — not being able to use the water for relief.



36. I was taken back to the cell barefooted, strip cell.

37. I was placed in a cold cell with a broken window, they took my mattress and toilet paper. My water was off — No toilet flushing or sink.

38. Once secured in the cold empty cell ofc. Fanti kept coming down to the door every 10-15 minutes shining a flashlight in on me and clanging on the door, for the purpose of harassment.

39. I huddled under the bed near the heater with my jumpsuit adjusted so I could try to stay warm.

40. The defendants blutantly chose to refuse to do as medical staff determined was appropriate.

41. The spray was visible on the upper part of the uniform and down by my feet.

42. While in the dayroom Woodard pompously told me "don't take it personal", grinning.

43. The nurse told me she could not treat me the way they had cuffed me to the bars of the holding cell.

44. She had to finally go to the panel and ask if she could get someone to come out and assist her so she could treat me.

45. Lt. Johnson, Lt. Orban, Lt. Woodard and Major Quinley intentionally chose to defy medical instructions, subjecting me to the furtherance of unnecessary pain and suffering which was avoidable.

46. The next morning Lt. Stacey McKnight was so appalled by what she saw and heard from the women on the wing that she went straight up to the Administrators Building and asked the shift commander if she could speak to the duty warden.

47. Lt. McKnight had me shower, and gave me a clean uniform.

48. I had large red splotches of burning skin, from the chemical being left on my skin.

49. My toilet and water were turned back on.

50. Lt. McKnight returned all my proper per the shift commander's approval.

51. My tennis were found in the trash can, with trash on top, by officer Y. Adams.

52. Despite confirmation, grievance was denied.

53. I have arthritis in my back and curved spine.

54. My mattress was returned.

55. I was advised to write the incident up.

56. I was visible emotionally upset by what (was) I was subjected to.

57. That Monday Assistant Warden Conklin (Ted) sent Gene Peterson to see me, because the defendants had failed to follow protocol.

58. The defendants had no business subjecting me to a strip cell — a mental health treatment — on a non-mental health unit for their punitive purposes.

59. A grievance was filed, defendants Warden Williams, Becky Brand, Melody J. Ford and John Doe had the power to correct the violation and the duty to act.

60. In fact, the defendants try to justify their co-workers failure to measure up to the contemporary standards of decency.

61. The totality of circumstances amounted to wanton and un-necessary infliction of pain.

## Relief Sought

Wherefore, Plaintiff requests that the court grant the following relief:

A. Issue a declaratory judgment statement that:

1.) The physical abuse of the plaintiff by defendants ~~Johnson~~, Woodward, Orban and Quinley violated the plaintiff's rights under the Eighth and Fourteenth Amendments.

    Sprayed in face

2.) Defendants Johnson, Woodward, Orban and Quinley actions in failing to provide the medical care ordered by medical staff for the plaintiff violated the plaintiffs' rights under the Eighth Amendment to the United States Constitution.

3.) Defendants Williams, Brand, Ford and Doe had the power and duty to act to correct violations and failed to act. Eighth; Fourteenth Amendments

4.) Defendant Quinley was shift commander who was present but failed to intervene. Eighth Amendment

5.) ~~That~~ defendant Williams was liable for setting policies, writing regulations, providing training, and for giving orders. Eighth; Fourteenth Amendments

6.) The totality of conditions which the plaintiff was subjected to by defendants Woodward, Orban, Johnson, and Quinley resulted in wanton and unnecessary infliction of pain. Eighth; Fourteenth Amendments

7.) Defendants Johnson, Woodward, Orban and Quinley subjected the plaintiff to psychiatric isolation confinement under excessively restrictive conditions for disciplinary purposes, and

not legitimate mental health purposes in a inhumane manner. Eighth, Fourteenth, Fourth Amendments

B. Award compensatory damages jointly and severally against:

1.) Defendants Johnson, Woodward, Orban and Quinley for the physical and emotional injuries sustained as a result of failing to follow medical orders, to shower plaintiff after being sprayed with O.C. Spray.

2.) Defendants Johnson, Woodward, Orban and Quinley for the punishment and emotional injury resulting from their denial of due process in connection with the plaintiff's being placed in cold punitive isolation cell with no water, after being sprayed with O.C spray. (No Supper)

3.) Defendant Woodward for the physical and emotional injury resulting from his excessive use of force for malicious and sadistic purpose.

C. Award punitive damages against defendants Johnson, Woodward Orban, Quinley, Williams, Brand, Ford, and John Doe.

D. Grant such other relief as it may appear the plaintiff is entitled.

February 25, 2006

Respectfully Submitted,

s/Pro Se Plaintiff

STATE OF ILLINOIS

ss

COUNTY OF Peoria

Affidavit

Linda Caldwell , being duly sworn on oath states that he/she is the claimant in the attached cause. He/She has read the foregoing complaint and states the contents thereof are true and correct to the best of his/her knowledge.

s/Pro Se Plaintiff

ss/

Subscribed and sworn to before me this 1 day of March , 2006

Notary Public

"OFFICIAL SEAL"
Tracy L. Hill
Notary Public, State of Illinois
My Commission Exp. 04/13/2009

Form revised 11/1/01