UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

LINDA CALDWELL,
   Plaintiff,

vs.                                  No. 06-1057

DONALD JOHNSON, et.al.,
   Defendants

ORDER

      On April 7, 2006, this cause came before the court for merit review of the plaintiff's complaint pursuant to 28 U.S.C. §1915A. The pro se plaintiff participated in the hearing by video conference.

      The plaintiff, Linda Caldwell, had filed her lawsuit pursuant to 42 U.S.C. §1983 claiming that her constitutional rights were violated at the Dwight Correctional Center. The plaintiff is an experienced litigator who has filed several lawsuits including *Caldwell v. McEwing,* 00-1319*; Caldwell v. Cahill-Masching,* 00-1250; *Caldwell v. Cahill-Mashing,* 02-1425; *Caldwell v Gray,* 00-1426; *Caldwell v McEwing ,* 99-1320; *Caldwell v Illinois Attorney General,* 00-1233; and *Caldwell v Ewing* 03-1417.

      At the beginning of the hearing, the plaintiff stated that she wanted to dismiss this lawsuit. The plaintiff's oral motion was granted.

      IT IS THEREFORE ORDERED that:

1) The plaintiff's oral motion to voluntarily dismiss this case is granted. The case is dismissed without prejudice.

2) The agency having custody of the plaintiff is directed to remit the docketing fee of $250.00 from the plaintiff's prison trust fund account if such funds are available. If the plaintiff does not have $250.00 in his trust fund account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher. Thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the clerk of court each time the plaintiff's account exceeds $10.00 until the statutory fee of $250.00 is paid in its entirety. The filing fee collected shall not exceed the statutory filing fee of $250.00.

3) The plaintiff must notify the clerk of the court of a change of address and phone number within seven days of such change.

4) The clerk is directed to mail a copy of this order to the plaintiff's place of confinement, to the attention of the Trust Fund Office.

       Entered this ___7th____ day of April, 2006.


       **s\Harold A. Baker**

       _____
       HAROLD A. BAKER
       UNITED STATES DISTRICT JUDGE